DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DARCE JAY SNYDER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0994

_____

June 24, 2026

Appeal from the Circuit Court for Pinellas County; Keith Meyer, Judge.

Daniel W. Ripley of Ripley Law, PLLC, Pinellas Park, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Krystle Celine Cacci, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

SILBERMAN, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.